# United States District Court
# For The Western District of North Carolina
# Asheville Division

Curtis E. Robinson,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:06cv7

DECISION BY COURT. This action having come before the Court by Motion to Remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2006 Order.

April 14, 2006

FRANK G. JOHNS, CLERK

BY: s/Joan Gosnell

Joan Gosnell, Deputy Clerk